5 UNITED STATES DISTRICT COURT

6 EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7 UNITED STATES OF AMERICA, | |
| 8                   Plaintiff, | NO: 2:17-CR-55-RMP |
| 9    v. | ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER |
| 10 GREGORY D. STEWART, | |
| 11                   Defendant. | |

13 **BEFORE THE COURT** is the Government's motion for a protective order,

14 ECF No. 24. The Court has reviewed the motion, the record, and is fully informed.

15 The Government represents that Defendant's counsel does not object to the

16 Government's motion. ECF No. 24 at 1. The Court further finds that the

17 allegations in this matter indicate a "significant possibility" that disclosure of the

18 minor's name or other information concerning the minor's identity would be

19 detrimental to the minor, which warrants entry of a protective order under the

20 relevant statute. 18 U.S.C. § 3509(d)(3).

21 / / /

ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for a Protective Order, **ECF No. 24**, is **GRANTED**.

2. The parties shall be bound by the following provisions:

## PROTECTIVE ORDER

**IT IS HEREBY ORDERED**, that the privacy protection measures outlined by 18 U.S.C. § 3509(d), when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case, thus;

**IT IS FURTHER ORDERED** that all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall follow and abide by the privacy protections of 18 U.S.C. § 3509(d)(1) and (2) as follows:

(d) Privacy protection.—

    (1) Confidentiality of information.—

        (A) A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall—

            (i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

            (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by

reason of their participation in the proceeding, have reason to know such information.

    (B) Subparagraph (A) applies to—

        (i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding;

        (ii) employees of the court;

        (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in the proceeding; and

        (iv) members of the jury.

(2) Filing under seal.—All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court--

    (A) the complete paper to be kept under seal; and

    (B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

**IT IS FURTHER ORDERED** that counsel shall remind all persons providing assistance on this case of these obligations.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that any alleged minor victim will be |
| 2 | referred to either by initials or a pseudonym, whichever is agreed upon by counsel |
| 3 | for the United States and the Defendant. Counsel shall be consistent in their use of |
| 4 | the identifier selected. The parties shall prepare their witnesses and instruct them |
| 5 | to refer to the alleged minor victims only by using the agreed pseudonyms (e.g., |
| 6 | "Jane Doe 1", "Jane Doe 2" etc.), rather than their names, in opening statements |
| 7 | and in closing arguments. |
| 8 | **IT IS FURTHER ORDERED** that all personal information that may |
| 9 | violate the privacy of any minor victim shall be safeguarded from public |
| 10 | disclosure. |
| 11 | The District Court Clerk is directed to enter this Order and provide copies to |
| 12 | counsel. |
| 13 | **DATED** May 5, 2017. |

                                               *s/ Rosanna Malouf Peterson*
                                               ROSANNA MALOUF PETERSON
                                                    United States District Judge