PROB 12C
(6/16)

Report Date: May 30, 2024

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**May 31, 2024**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory D. Stewart                Case Number: 0980 2:17CR00055-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮  Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 9, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Child Sex Trafficking, 18 U.S.C. § 1594(c) | | |
| Original Sentence: | Prison - 102 Months; TSR - 144 Months | Type of Supervision: | Supervised Release |
| Amended Sentence: (November 28, 2018) | Prison - 102 Months; TSR - 144 Months | | |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: | June 16, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | October 3, 2035 |

## PETITIONING THE COURT

**To issue a SUMMONS.**

On October 5, 2023, Mr. Gregory Stewart signed his conditions relative to case number 2:17CR00055-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Stewart is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, previously occurring on or about May 14, 2024, based on urinalysis testing.<br><br>Specifically, on May 14, 2024, Mr. Stewart reported to the U.S. Probation Office in Spokane for urinalysis testing as directed. During the testing process, Mr. Stewart submitted a urinalysis sample that tested presumptive positive for methamphetamine. Mr. Stewart denied any such use and the sample was packaged and forwarded to the contract laboratory for |

Prob12C
Re: Stewart, Gregory D.
May 30, 2024
Page 2

verification. Mr. Stewart additionally signed a drug use denial form serving to memorialize his stated denial.

On May 28, 2024, the laboratory report relative to Mr. Stewart's submitted urinalysis sample was received by the U.S. Probation Office, confirming Mr. Stewart's submitted urinalysis sample from May 14, 2024, was positive for methamphetamine. On May 29, 2024, Mr. Stewart reported to the U.S. Probation Office and was confronted as to the received test result. Mr. Stewart denied any such use in proximity to the original testing date, indicating his last known use of the substance occurred in April 2024.

2   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Stewart is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, previously occurring on or about May 29, 2024, based on urinalysis testing and the client's admission of such use.

Specifically, on May 29, 2024, Mr. Stewart was contacted and directed to report to the U.S. Probation Office in Spokane, for the purpose of urinalysis testing, as well as further dialogue in regard to those concerns as outlined in violation number 1. Following the call, the undersigned officer received a text message from Mr. Stewart apologizing for not being transparent, and disclosing his use of methamphetamine occurring the weekend prior.

Mr. Stewart subsequently reported as directed, and did submit to urinalysis testing, the result of which proved presumptive positive for amphetamine and methamphetamine. Mr. Stewart admitted that his last use of methamphetamine occurred on or about May 24, 2024, after he ended up spending time with a female at her residence, when he realized that she was using the substance. Mr. Stewart admitted that he succumbed to thinking that he could get away with his use of the substance and would likely be clean before he again submitted to urinalysis testing. Mr. Stewart did sign a drug use admission form, serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 30, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Stewart, Gregory D.**
**May 30, 2024**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

*Thomas O. Rice* (signature)

Thomas O. Rice
United States District Judge

May 31, 2024
Date